# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

     Plaintiff,    :  Case No. 3:17-cr-071

                Also Case No. 3:21-cv-159

                District Judge Walter H. Rice

     - vs -      Magistrate Judge Michael R. Merz

LAITH WALEED ALEBBINI,

     Defendant.    :

## Objections to the Supplemental Report and Recommendation

Comes now Laith Alebbini to File objections to the supplemental Report and Recommendations hereinafter "SRR" Pursant to Fed. R. Civ. P. 72 (b).

## Subject to Collateral Attack

Section 2255 expressly provides for relief where the conviction or sentence "is otherwise subject to collateral attack." § 2255(a). In such circumstances, relief is available "where 'the alleged error constituted a fundamental defect which inherently results in a complete miscarriage of justice.'" *Siddiqi*, 98 F.3d at 1438 (quoting *Reed v. Farley*, 512 U.S. 339, 354, 114 S. Ct. 2291, 2300, 129 L. Ed. 2d 277 (1994)). This catch-all provision allows section 2255 relief in circumstances where the movant's sentence was based on misinformation, such as invalid prior convictions, and also in those rare circumstances where no specific right or law was violated, but the circumstances simply constitute a miscarriage of justice.

Rather, a petitioner must demonstrate "(1) an error of constitutional magnitude; (2) a sentence imposed outside the statutory limits; or (3) [an error of fact] or law ... so fundamental as to render the entire proceeding invalid." *Short v. United States*, 471 F.3d 686, 691 (6th Cir. 2006) (quoting *Mallett v. United States*, 334 F.3d 491, 496–97 (6th Cir. 2003)).

(1)

Your honor I have shown in my §2255 Petition and traverse that my conviction was based on misinformation and Errors of Fact. these Errors of Fact or misinformation are :

—"This agreement between them is proved by Mr. Alebbini's words and frankly by the actions of Raid and by the consequences that occurred to Raid. An agreement obviously can be proved indirectly by facts and circumstances. which led to a conclusion that an agreement existed... Raid was a little skeptical at first but after watching the videos that apparently Mr. Alebbini watched in great numbers became convinced... Raid flew to the Middle East. asked some of his friend's ineffect where I can find. the Islamic State? One or more of his friends informed on him and Raid wound up in prison.... Mr. Alebbini says that he and Raid had pledged together to join the state... This was when he said, " I am a terrorist, and I am a mujahid" (R.112, Verdict page ID# 2463-2464).

Your honor there are tow causes of these Errors of Fact
1 Prosecutorial misconduct by letting False evidence go uncorrected.
2. Ineffective assistance of counsel by Failing to Correct the evidence, this Failure is due to A. Failure to put adequate defense. B. Failing to put the government case to adversarial testing.

Siddiqi v. United States, 98 F.3d 1427 (2d Cir. 1996) (concluding that movant's conviction "had no legitimate factual or legal basis and that, but for the conduct of the prosecution in adopting shifting and at times misleading positions, no conviction would have been obtained or successfully defended on appeal," and granting section 2255 relief to remedy this miscarriage of justice).

Murray v. Carrier, 477 U.S. 496, 91 L.Ed 2d 397, 106 S.Ct. 2639 (1986) p2649. There is an additional safeguard against miscarriages of justice in criminal cases, ... [it] is the right to effective assistance of counsel, which, as this Court has indicated, may in a particular case be violated by even an isolated error of counsel if that error is sufficiently egregious and prejudicial. United States v. Cronic, 466 U.S. 648[.]

your honor I have shown in my §2255 petition and traverse that the honorable Judge Rice findings were Errors of Fact or misinformation because they were based on Summery translation (False evidence), and False Statments by the defendant Family to stop the defendant From going to Syria.

Please note your honor that the government didnot refute my claims, nor did the government argue that the above were true.

They argued : 1. Procedural Default and 2. The honorable Judge Rice inferred his Findings From the evidence, and they didnot argue Res judicata, nor did they argue that counsel didnot have april 26th 2017 Phone call transcript. nor did the government argue that Raid Ababneh affidavit is un cross-examined hearsay or that it is inadmissible.

There For an evidentiary hearing is required to determine the true Facts, and then the relief.

**Under *Townsend v. Sain*, a hearing is required where the facts alleged, if true, would eutitle the movant to relief, and the facts have not yet been reliably found.**

In *Townsend*, the Supreme Court held that the district court *must* hold an evidentiary hearing (1) if the prisoner alleges facts that, if true, would entitle him to relief; and (2) the relevant facts have not yet been reliably found after a full and fair hearing. *Id.*, 372 U.S. at 312–13, 83 S. Ct. at 757. Actual proof of those facts alleged in the motion is not required in order to demonstrate entitlement to a hearing. "The law is clear that, in order to be entitled to an evidentiary hearing, a petitioner need only *allege*—not prove—reasonably specific, nonconclusory facts that, if true, would entitle him to relief." *Aron v. United States*, 291 F.3d 708, 715 n.6 (11th Cir. 2002) (emphasis in original).

(3)

Thus, if the record of the case does not "'conclusively show' that under no circumstances could the [movant] establish facts warranting relief under § 2255," the movant must be afforded a hearing in the district court. *Fontaine v. United States*, 411 U.S. 213, 215, 93 S. Ct. 1461, 1463, 36 L. Ed. 2d 169 (1973). *See Aron*, 219 F.3d at 715 n.6 ("If the [movant's] allegations are not affirmatively contradicted by the record and the claims are not patently frivolous, the district court is required to hold an evidentiary hearing. It is in such a hearing that the [movant] must offer proof")

OBJECTION I: I object to "Point 1. Request For a New Trial" in SRR.

I did not request a new trial I seek relief under §2255 the relief is given by the Honorable Judge Rice. I just don't mind a New trial

I object to "The Report relied on the doctrine of res judicata to recommend denial of the motion to vacate. Alebbini Objections do not speak to that defense at all"

your honor my ineffective assistance claim can't be denied by res judicata.

The government didnot argue res judicata in there Response."

In habeas corpus Res Judicata is inapplicable.

I object to "Affidavit of Raid Ababneh which the Magistrate Judge Found to be uncross-examined hearsay"

your honor Raid will not Forget If he swore allegiance to ISIS or If he was trying to contact ISIS, so It don't matter If the affidavit was done "years later" because all he is saying that the matters in question never happened,

please note that the government responded to Raid Ababneh Affidavit (see government Response ECF 'No.163 Page40-#2 ) and they didnot argue that It is inadmissible hearsay.

(4)

Raid Ababneh Affidavit is admissible under Fed. R. Evid. 803(5)(c) 6(A), 7(A) and 804(A).

OBJECTION II: I object to Point 2 **False Statement by the Prosecutor**

"Alebbini claims prosecutorial misconduct in the prosecutor's statement about Ababneh's communications with ISIS, but he relies on the Ababneh Affidavit which is inadmissible hearsay.✦

Your honor the Prosecutor let False evidence go uncorrected and I have shown in my §2255 petition and traverse the False evidence then I presented Raid Ababneh affidavit to support my allegations.

OBJECTION III: I object to Point 3. Failure to address "The pledge".

I object to "But the Report does address this matter".

Your honor the magistrate Follows the government Foot steps by Side stepping the issue again!

Your honor I have shown in my traverse that the honorable Judge Rice inference that Alebbini pledged allegiance to ISIS was based on a mistranslation, not on the Final translation. Therefor the inference was wrong!

What I am asking the magistrate is to Report to you IF that's true or not? Was the Inference correct?

Like the government the magistrate avoids the question by quoting the sixth cir "there was evidence that he pledged with Raid to Join ISIS cause", but I have shown that the evidence is False.

(5)

### Poppell V. City Of San Diego, 149 F.3d 951 (CA 9 1998)

p954. An inference is a process in which one proposition (a conclusion) is arrived at and affirmed on the basis of one or more other propositions, which were accepted as the starting point of the process. Stebbing observes that inference "may be defined as a mental process in which a thinker passes from the apprehension of something given, the datum, to something, the conclusion, related in a certain way to the datum, and accepted only because the datum has been accepted." It is a process where the thinker passes from one proposition to another that is connected with the former in some way. But for the passage to be valid, it must be made according to the laws of logic that permit a reasonable movement from one proposition to another. Inference, then is "any passing from knowledge to new knowledge." The passage cannot be mere speculation, intuition or guessing. The key to a logical inference is the reasonable probability that the conclusion flows from the evidentiary datum because of past experiences in human affairs. a nickel-plated revolver was used in the bank holdup by a ski-masked robber who got away with $10,000 in marked money. a nickel-plated revolver, a ski-mask and $10,000 in marked money is found in the apartment of Dirty Dan, its sole occupant. The inference is permissible that our friend Dan was the bank robber. a moment is necessary to discuss the difference between inference and implication. These terms are obverse sides of the same coin. We infer a conclusion from the data; the data implies the conclusion. Professor Cooley explains: "When a series of statements is an instance of a valid form of inference, the conclusion will be said to follow from the premises, and the premises to imply the conclusion. If a set of premises implies a conclusion, then whenever the premises are accepted as true, the conclusion must be accepted as true also . . . ." As [Joseph Gerard] Brennan put it, "In ordinary discourse, [implication] may mean 'to give a hint,' and [inference], 'to take a hint.' Thus when my hostess yawns and looks at her watch, I infer from her behavior that she would like me to go home. Her yawn and look imply that this is her desire." Drawing a proper inference is critical in the practice of law:

The line between a reasonable inference that may permissibly be drawn by a jury from basic facts in evidence and an impermissible speculation is not drawn by judicial

Idiosyncrasies. .... If there is an experience of logical probability that an ultimate fact will follow a stated narrative or historical fact, then the jury is given the opportunity to draw a conclusion because there is a reasonable probability that the conclusion flows from the proven facts. As the Supreme Court has stated [See Galloway v. United States, 319 U.S. 372, 395, 63 S.Ct. 1077, 87 L.Ed. 1458(1943)]: [Tose v. First And Pa. Bank, N.a., 648 F.2d 879, 895 (3d Cir. 1981).] Ruggero J. Aldisert, Logic for Lawyers: a Guide to Clear Legal Thinking 26-27 (3d ed. 1997).

ALL I wanted From the magistrate is to Report to the honorable Judge is what I am claiming is true or not, and iF not why its wrong, but he avoids to Report on the issue

Objection IV: I object to Point 4 Napue claim Your honor the government didnot argue res judicata, and my claims can't be barred by res judicata.

The statute [28 U.S.C. § 2255] further provides: "A motion * * * may be made at any time." This * * * simply means that, as in habeas corpus, there is no statute of limitations, no **res judicata**, and that the doctrine of laches is inapplicable.

OBJECTION V : I object to point 5. The Failure of the Sixth Circuit to decide if Alebbini took the pledge

your honor It's not the Job of the sixth circuit to decide on this issue, so they didnot fail.

I object to "Alebbini claims that if he were given an evidentary hearing, he could now prove he did not take the pledge".

Your honor I claim that in the eivedentiary hearing I will prove that the evidence that was presented about the pledge was false evidence.

Please note that my allegation was not refuted by the government. They Just said It was inference you made.

your honor Please consider my claims denovo and grant me an evidentiary hearing in that hearing you will hear from the translator who translated the phone call how he was wrong and how he corrected his translation in the final transcript.


Objection VI :- I object to point 6 in the "SRR".

I object to "Alebbini's argument about why It was bad strategy to attack the sufficiency of the evidence .... That is insufficient to prove It was incompetent.

your honor Defense counsel choose not to put a defense. he did not advocate my case, nor did he challenge the government case. he didnot help clear the false evidence.

*Right to Present a Defense* – Due process of law is the basic constitutional right to be heard in one's own defense at a fair trial. This means that a defendant has an unquestionable "right to present a defense, the right to present the defendant's version of the fact," *Washington v. Texas*, 388 U.S. 14, 19 (1967).

(7)

*Groseclose v. Bell*, 130 F.3d 1161, 1169–70 (6th Cir. 1997)
(describing defense counsel's "failure to have any defense theory whatsoever" and "failure to conduct any meaningful adversarial challenge" as "especially appalling" in holding attorney ineffective).

*Prou v. United States*, 199 F.3d 37, 48 (1st Cir. 1999)
(when "an attorney fails to raise an important, obvious defense without any imaginable strategic or tactical reason for the omission, his performance falls below the standard of proficient representation that the Constitution demands").

*Pavel v. Hollins*, 261 F.3d 210 (2d Cir. 2001)
(attorney's failure to put on a defense and call important fact witnesses was ineffective assistance).

*Ramonez v. Berghuis*, 490 F.3d 482, 488 (6th Cir. 2007)
("A purportedly strategic decision is not objectively reasonable when the attorney has failed to investigate his options and make a reasonable choice between them.").

*Rickman v. Bell*, 131 F.3d 1150, 1157 (6th Cir. 1997)
(defense counsel's preparation for trial amounted to "total failure to actively advocate his client's cause").

**Murray v. Carrier, 477 U.S. 496, 91 L.Ed 2d 397, 106 S.Ct. 2639 (1986)**
p2649. There is an additional safeguard against miscarriages of justice in criminal cases, ... [it] is the right to effective assistance of counsel, which, as this Court has indicated, may in a particular case be violated by even an isolated error of counsel if that error is sufficiently egregious and prejudicial. *United States v. Cronic*, 466 U.S. 648[.]

Objection VII: I object to Point 7. "Ineffective assistance: objecting to Testimony".
your honor the chs was trained, and instructed by the FBI agents on how to lead me, and to collect information from me, and to get to know me, to let me do the talking, he used to direct the conversation toward any subject he wanted. He used to Ask, and interrogate my wife about me for hours on video and audio recording
the chs job was to entrap me, and to know what's was in my mind, so when he testified that my plans was to

(8)

Find a group to Fight alassad, and that I have not made my mind on any group just yet.

Mr Anderson objected. Mr Anderson not only Failed to Present this information he objected to it.

This error have Prejudiced me because the cHs testimony Show that there was no cover up, and that I did not Pledge Allegiance to any group.

OBJECTION VIII: I object to Point 8 in the "CRR"

I object to

" The Report found that Alebbini admitted Attorney Anderson did not have the transcript at trial (Report, ECF No. 171, PageID 4286). Alebbini denies the admission. The Magistrate Judge will stand on the citation. "

your honor the government didnot argue that mr anderson didnot have it. The government provided the transcript and the summary transcript to mr Anderson in the discovery. Mr Anderson himself gave me a copy of the summary transcript, and he gave my lawyer mr schad the transcript to Prepare For the Appeal.

If you examine my words you will see that it don'll mean that mranderson didnot have it, It means he did not want to put a defense.

Even If he did not have it. he could of easily got it From the government. I only need to show that I asked For it, and It was material to the defense. I did Show cause and Prejudice in my § 2255 Petition and traverse.

*Couch v. Booker*, 632 F.3d 241, 247 (6th Cir. 2011)
(trial counsel was ineffective when he failed to track down readily available and likely useful evidence that defendant asked counsel to obtain).

your honor this is a clear cut ineffective assistance claim, thats not barred nor refuted by the government, so please consider it Denovo.

Objection IX: I object to the magistrate supplemental Report and Analysis in it's entirety because it doesnot Report on the Errors of act:

A. It does not state whether the inference (Pledge of Allegiance) is correct or not? was it based on a correct translation or wrong summery translation?

b. did Raid look for ISIS over seas? was he informed on or not?

C. did Alebbini say "I am a terrorist" or "am I a terrorist?"?

D. did mr Anderson provid effictive assistance by clearing the above or not?

Your honor my § 2255 petition and traverse are based entirely on the above. The magistrat judge avoided the above questions in both Reports so his Report is incomplete to say the least.

your honor the magistrate judge is biased and impartial toward the government he argues on there behalf. The government did not argue A Res judicata, nor did they argue B. Raid Ababneh affidavit is inadmissble hearsay or uncross examined hearsay. And they didnot say that Mr anderson didnot have the transcript of April 26th 2017 phone call.

Therefore I object to his analysis in it's entirety and request the honorable Judge Rice to view my claims De novo.

OBJECTION X: I object to the conclusion and recommendation. I object to the recommendation "that the

Motion to vacate be denied" because I am sure the honorable Judge rice will grant an evidentiary hearing when he review my claims

I object to " It is also recommended that defendant be denied a certificate of appealability and that the court certify to the sixth circuit that any appeal would be objectively frivolous and should not be permitted to proceed in forma pauperis".

Your honor my ground 2 Ineffective assistance is meritorious claim, I have met my burdens of showing cause (Errors) and prejudice in my §2955 petition and traverse clearly.

At the End Defendant Laith Alebbini ask the honorable Judge Rice to view my claims with Fresh eyes De novo, and to grant an evidentiary hearing.

Humbly and Respectfully

LAITH Alebbini

(11)

TTH ALebbini, #81611-007
Xford Federal Correctional Institution
Po. Box 1000
XFORD, WI .53952



Legal Mail



⇔81611-007⇔
Clerk Of The Court
Walter H. Rice
200 W 2ND ST
Rm. 712
Dayton, OH 45402
United States