UNITED STATES DISTRICT COURT
SOUTHREN DISTRICT OF OHIO

UNITED STATES OF AMERICA,          Case No  3:17CR71WHR
               Plaintiff      :

v.                            :        JUDGE RICE

LAITH ALEBBINI ,              :

          Defendant  :

          Reply to the Government Response

Comes Alebbini to Reply to some points, and
statements In the government Response to his Motion For
Sentence Reduction.

Reply to "A. Mr. Alebbini has Failed to demonstrate that
he exhausted administrative remedies". :-
your honor I Filed my Motion and Form in march 19th.
I gaved It to my case manger, and I haven't heard
anything yet.
your honor I swear by Allah the God of Abraham
and the prophets that I did File with the warden.
   For the government to say otherwise, they got to ask there
   warden.

Reply to "B. He has Failed to establish an extraordinary
and compelling reason For release" :-
only the Honorable Judge can decide IF my reasons are
"extraordinary and compelling" and he have "[Full Discretion]
and he may consider "[abroad Range of Factors] , Moreover,
he "need not Find a single dispostive circumstance to

(1)

determine that 'extra ordinary and compelling reasons' exist; " Instead "the totality of the circumstances' Justify such a Finding". Piggot. 2022 U.S. Dist. LEXIS 5293, 2022 WL 118632.

1. your honor I don't claim that " the Fall of the assad regime ... renders his efforts to Join Isis less serious". GReggs My argument is. that the defendant is not a danger to the Safty of any person or to the community. and I am asking the Court to Reconsider the 10 years inhancment, and Reduce It. your honor please note that the government agrees that I am not a danger to any person or the community.

2. About Disparity :-
§ 3553. (a)(6) the need to avoid unwarranteed Sentence disparities among defendants with Similar records who have been Found guilty of Similar conduct;
  please see letter from the Legal Director of the Coalition For civil Freedoms (Find enclosed).

3. your honor I am not saying that I "Rehabilitated my Self". I am saying that what you said to me at my sentencing stuck with me, and during this time -more than 8 years- I have been doing Something about It.

Reply to "C. The Section 3553(a) Factors do not Support Release".

(2)

your honor Section 3553(a) Does infact support my Release. Terrorism indeed is serious and henious crime. especially when the defendant attempts or conspires to hurt innocent people the people the defendant lived among, and they trusted as one of there own, But this is not the Facts of this Case. I never agreed with the Idea of hurting Innocent people.

your honor the government continuously and deliberatly over looks the specific circumstances of my Case. the terrorsim that I am charged with was predicated on the Syrian civil war.

It is appearnt that the government has a bias scope and defénation of what terrorism is. I would Like to highlight this by the Following :-

in the government Response they called (HTS) — which is a designated Foreign Terrorist orgnization (Fto) — Rebel Forces. and the government Removed The head of (HTS) From the Fto List even though he is an EX Îslamic state (ISIS) AFFilate and he have ties to ALqeda.

Yourhonor my logic is not Flawd my logic simply suggest that my case is not more serious than "the Rebel Forces" (HTS).

At the End your honor I am not the same person who attempted to support a terrorist organization almost a decade ago, and my character and circumstances warrents a sentence Reduction.

LAITH ALEBBINI #81611-007

Respectfully Submitted

(3)

# KATHY MANLEY, ATTORNEY AT LAW

26 Dinmore Road
Selkirk, New York 12158
(518) 635-4005 (phone & fax)
mkathy1296@gmail.com
KathyManleyLawOffice.com

Kathy Manley
Stephen F. Downs (of counsel)

March 3, 2025

Hon. Walter H. Rice
United States District Court
For the Southern District of Ohio

**US v. Alebbini 3:17-cr-71**
**Compassionate Release Motion**

Dear Judge Rice:

Please accept this letter in support of Laith Alebbini's motion for compassionate release. I am the legal director of the Coalition for Civil Freedoms, which advocates for people charged and harshly sentenced in material support and similar prosecutions. CCF supports the reduction of sentences such as Mr. Alebbini's. He was sentenced to 180 months and in recent years, many people have received substantially lower sentences in very similar cases – thus, there is a disparity between his sentence and many of the sentences handed down more recently. Mr. Alebbini has already served over 60% of his sentence, and will be deported upon release, likely with an additional period of detention in ICE custody. Based on these and the other facts and circumstances set forth in his motion, I request that his sentence be reduced.

Respectfully,

Kathy Manley
Kathy Manley
26 Dinmore Road
Selkirk, New York 12158
(518) 635-4005
Mkathy1296@gmail.com

Cc: Laith Alebbini

FCI Thomson
P.O BOX 1002
Thomson, IL.61285



Des Moines IA PADC 500
SAT 21 JUN 2025 PM

Legal mail

<>81611-007<>
Clerk Of The Court
Walter H. Rice
200 W 2ND ST
Rm 712
Dayton. OH 45402
United States